Arthur Minas
Immigration Law Office of Los Angeles, PC
3415 S. Sepulveda Blvd., Suite 570
Los Angeles, CA 90034
Tel  (310) 308-7485
Fax (213) 559-8804
Arthur@immigrationhelpla.com.com

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| SUN AH KIM, MINKI SHIM, EUNKI SHIM | Case No.: |
|---|---|
| Plaintiffs, | COMPLAINT |
| vs | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | |
| DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES' CALIFORNIA SERVICE CENTER | |
| Defendants | |

DESCRIPTION OF ACTION

1. This complaint is brought by the Plaintiffs against the Defendants to compel a decision on their Form I-829, Petition by Entrepreneur to Remove Conditions of Permanent Resident Status.

JURISDICTION

COMPLAINT - 1

2. This being a civil action against the United States arising under the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., both laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3. The Plaintiffs, Sun Ah Kim, Minki Shim and Eunki Shim, are a family. They are all citizens and natives of the Republic of Korea and a conditional permanent resident of the United States. Sun Ah Kim is the principal and "USCIS alien number" is A216 000 992. Her dependents are: Minki Shim (A 066 037 811), and Eunki Shim (A 066 037 812)

4. The Defendant, United States Citizenship and Immigration Services (USCIS) is a federal agency charged with the authority to adjudicate Forms I-829. It resides in the District of Columbia and Maryland.

5. The Defendant Director of the USCIS's California Service Center is the officer with immediate responsibility for the adjudication of Plaintiff's Form I-829. She resides for official purposes within the central judicial district of California.

6. Upon information and belief derived from the presumption of regularity, these Defendants have been delegated by the Secretary of Homeland Security his duties under 8 U.S.C. § 1186b(c)(3)(A).

## BRIEF STATEMENT OF RELEVANT FACTS

7. On October 1, 2019, Sun Ah Kim filed upon her own behalf, and on behalf of Minki Shim and Eunki Shim, a Form I-829, Petition by Investor to Remove Conditions on Permanent Resident, which was assigned USCIS File No. WAC2090002739. The dependents

COMPLAINT - 2

also have receipt numbers as follows: Minki Shim (WAC2000450029) and Eunki Shim (WAC2000450030).

8. No action has been taken on these petitions over three years since they were filed.

9. As of today, the Plaintiffs' petitions remain under the jurisdiction of the Defendants and are unadjudicated.

<u>CAUSES OF ACTION</u>
<u>ACTION TO COMPEL AN OFFICER OR AGENCY</u>
<u>OF THE UNITED STATES TO PERFORM HIS OR ITS DUTY</u>

10. The Defendants are each agencies or officers of the United States.

11. 8 U.S.C. § 1186b(c)(3)(A) provides that:

In general.--If--
(i) A petition is filed in accordance with the provisions of paragraph (1)(A), and
(ii) the alien investor appears at any interview described in paragraph (1)(B),
the Secretary of Homeland Security shall make a determination, within 90 days of the date of such filing or interview (whichever is later), as to whether the facts and information described in subsection (d)(1) and alleged in the petition are true with respect to the qualifying commercial enterprise.

12. The Plaintiffs' petitions were filed in accordance with the provisions of paragraph (1)(A) of 8 U.S.C. § 1186b(c).

13. The Plaintiffs have never been scheduled for an interview described in paragraph (1)(B) of 8 U.S.C. § 1186b(c).

14. Therefore the Defendants, as the representatives of the Secretary of Homeland Security, each have a duty to make a determination, within 90 days of the date of the Plaintiff's petition's filing, as to whether the facts and information described in subsection (d)(1) and alleged in the petition are true with respect to the qualifying commercial enterprise and, if they are true, to approve the petition.

COMPLAINT - 3

15. The Defendants further each and all owe a duty to the Plaintiff to adjudicate their aforementioned petition within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

16. Furthermore, 18 U.S.C. § 1571(b) provides that: "It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application, … ."

17. Accordingly, the over three-year period in which the Plaintiffs' Form I-829 has been pending with the Defendants is beyond that which these officers or employees reasonably require to adjudicate it.

18. This Court has authority under 28 U.S.C. § 1361 to compel an officer or agency of the United States to perform a duty owed to the Plaintiff.

19. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

## RELIEF REQUESTED

WHEREFORE it is respectfully requested that the Court issue an Order compelling the Defendants to adjudicate Plaintiff's Form I-829, Petition by Entrepreneur to Remove Conditions of Permanent Resident Status, as soon as reasonably possible and, in any event, in no later than 30 days from such an Order of this Court.

Respectfully submitted, July 27, 2023.

*/s/ Arthur Minas*
Arthur Minas
Immigration Law Office of Los Angeles, PC
3415 S. Sepulveda Blvd., #570

COMPLAINT - 4

1  Los Angeles, CA 90034
2  Tel  (310) 308-7485
   Fax (213) 559-8804
   Arthur@immigrationhelpla.com
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

COMPLAINT - 5